**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

URVE MAGGITTI,                          :   No. 72 MM 2022
                                        :
                    Petitioner          :
                                        :
                                        :
                                        :
            v.                          :
                                        :
                                        :
THE HONORABLE BRET M. BINDER,           :
JUDGE, CHESTER COUNTY, COURT OF         :
COMMON PLEAS,                           :
                                        :
                    Respondent          :

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of December, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and the "Application for Leave to File Reply to Answer" are DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.